UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA,

                Plaintiff

         V.                            8:09    CR 301 (GLA) -1


**STEVEN SARTI**            Defendant(s)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -


NOTICE OF APPEARANCE

OFFICE OF THE FEDERAL PUBLIC DEFENDER

☒     I, the undersigned, hereby appear as Attorney of Record on behalf of the defendant in the above-entitled action.


☐     I will appear as counsel for the Defendant.  This is the first appearance of counsel from the Office of the Federal Public Defender.


☒     Please accept my appearance as substituted counsel for the Defendant, in place of:

       **FRANK G. ZAPPALA, ESQ**      who previously appeared from the Office of the Federal Public Defender on behalf of the Defendant in this case.


I further certify that I am registered for Electronic Case Filing and am familiar with General Order #22.

John W. Mitchell N.D.N.Y. Bar #502747
_____
Name (Printed)                    (Signature)

June 22, 2009
_____
(Date)