

**U.S. Department of Justice**

*United States Attorney*
*Northern District of New York*

*14 Durkee Street*
*Room 340*
*Plattsburgh, New York 12901*
*(518) 314-7800 Fax (518) 314-7811*

August 22, 2011

Honorable Gary L. Sharpe
United States District Judge
445 Broadway
Albany, New York 12207

   Re: USA v. Steven Sarti, et al
      Case No.:09-CR-301-GLS

Dear Judge Sharpe:

  I am requesting that the sentencing currently set for September 12, 2011 be continued for approximately 90 days. Thank you.

              Very truly yours,

              Richard S. Hartunian
              United States Attorney

           By: /s/ *Daniel C. Gardner*
              Daniel C. Gardner
              Assistant U. S. Attorney
              Bar Roll No. 515333

DCG:dms