UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA,

                 Plaintiff

          V.                            09 ____ CR 301 (GLS) ____

ANTHONY PLATA,

                Defendant(s)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

NOTICE OF APPEARANCE

OFFICE OF THE UNITED STATES ATTORNEY

☒     I, the undersigned, hereby appear as Attorney of Record on behalf of the United States of America in the above-entitled action.

~ ~ ~ ~ ~

☐     I will appear as sole counsel for the Government

☐     Please accept my appearance as substituted counsel for the Government, in place of:

    Daniel C. Gardner

☑     I will appear as co-counsel for the Government, in addition to:

Amended not to Exclude Daniel C. Gardner

who previously appeared on behalf of the Government in this case,

who previously appeared on behalf of the Government in this case,

I further certify that I am registered for Electronic Case Filing and am familiar with General Order #22.

Jeffrey Carll Coffman

Name (Printed)

/s/ Jeffrey Carll Coffman

(Signature)

January 13, 2014

(Date)